395 P.3d 1242

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Michael YELLEN, Defendant-Appellant**

**NO. CAAP-16-0000617**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 15, 2017.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT (CASE NO. 3DTI-16-010565)

## SUMMARY DISPOSITION ORDER

Affirmed.

395 P.3d 1242

**In the MATTER OF PC**

**NO. CAAP-15-0000015**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 15, 2017.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (FC-M NO. 14-1-6971)

## SUMMARY DISPOSITION ORDER

Affirmed.

395 P.3d 1242

**CW, Plaintiff-Appellant,**

v.

**DW, Defendant-Appellee.**

**NO. CAAP-16-0000674**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 16, 2017.

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT (FC-D NO. 13-1-0002)

## SUMMARY DISPOSITION ORDER

Affirm.

395 P.3d 1242

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Dustin K. PIHANA, Defendant-Appellant**

**NO. CAAP-15-0000536**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 16, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 13-1-1067)

## MEMORANDUM OPINION

Affirm.